# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **THOMAS DANIEL HALE,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| V. | ) CIVIL NO. 1:16-CV-573-DBH |
| | ) |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** ET AL., | ) |
| | ) |
| **DEFENDANTS** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 27, 2016, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision on Plaintiff's Complaint. The time within which to file objections expired on January 10, 2017, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 7TH DAY OF FEBRUARY, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**